**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 543 MAL 2023
               : 
        Respondent            : 
               :   Petition for Allowance of Appeal
               :   from the Order of the Superior Court
           v.               : 
               : 
               : 
JORGE GEORGE FRATICELLI,       : 
               : 
        Petitioner             : 

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.